# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| and ) | |
| THE STATE OF INDIANA, ) | |
| Plaintiffs ) | |
| v. ) | Civil Action No. 3:20-cv-202-RLY-MPB |
| INDIANAPOLIS POWER & LIGHT COMPANY, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's Motion to Temporarily Stay the Deadline for Defendant's Responsive Pleading, and with no objection from the Plaintiffs, it is:

ORDERED, ADJUDGED and DECREED that the Motion is granted. The requirement for Defendant to file a responsive pleading is stayed, with the parties to report on this matter at the initial pre-trial conference on January 26, 2021 in the event the United States has not yet asked the Court to enter the proposed Consent Decree now lodged with this Court.

**SO ORDERED.**

Dated: 12/30/2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all CM-ECF counsel of record.