UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> STATE OF INDIANA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INDIANAPOLIS POWER & LIGHT ) <br> COMPANY, ) <br> ) <br> Defendant. ) | No. 3:20-cv-00202-RLY-MPB |

**ORDER**

Upon consideration of the Joint Motion to Continue Initial Pre-Trial Conference, Proposed Case Management Plan and Defendant's Responsive Pleading, Pending Court's Ruling on Plaintiffs' Motion for Entry of Proposed Consent Decree, and upon the consent and agreement of the Parties the Joint Motion (Dkt. No. 18) is GRANTED.

IT IS THEREFORE ORDERED that the January 26, 2021 Telephonic Initial Pre-Trial Conference, along with the submission of the proposed Case Management Plan and Defendant's Responsive Pleading, are hereby CONTINUED, pending the Court's ruling on Plaintiffs' Motion for Entry of Proposed Consent Decree (Dkt. No. 16).

SO ORDERED this 15th day of January, 2021.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.